# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA CLOWDEN, : | |
|    Plaintiff : | |
| : | CIVIL ACTION |
|        v. : | |
| : | NO. 08-5221 |
| CITY OF PHILADELPHIA, et al., : | |
|    Defendants : | |
| : | |

## ORDER

**AND NOW**, this _17th__ day of March 2010, it is **ORDERED** that Defendants' Motions for Summary Judgment (Docs. No. 40 & 41) are **GRANTED**.

 

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                     Copies **MAILED** on _____ to: